United States District Court
Southern District of Texas
**ENTERED**
December 09, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Autoscribe Corporation | § | |
| | § | |
| *versus* | § | Civil Action 4:24−cv−03104 |
| | § | |
| Tsevo, LLC, et al. | § | |

## MINUTE ENTRY ORDER

JUDGE: Christina A. Bryan
DATE: December 9, 2024
COURT REPORTER: ERO
TIME: 10:15 AM

The Court conducted the Initial Scheduling Conference. Scheduling Order issued.

Signed on the 9th of December 2024.

_____
Christina A. Bryan
United States Magistrate Judge